# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIA GRANADOS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF LOS ANGELES; L.A.P.D.; OFFICER SLOAN, in his official and individual capacity; OFFICER QUILL, in his official and individual capacity; CHIEF CHARLES BECK, in his official and individual capacity; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:13-1910-ODW (AGRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On November 18, 2013, the parties filed a Notice of Settlement stating that the parties anticipate filing a stipulated dismissal after all parties review the settlement agreement. (ECF No. 24.) The Court therefore **ORDERS TO SHOW CAUSE** in writing by **Friday, December 20, 2013** why settlement has not been finalized. This order will be vacated upon the filing of a stipulation and proposed order of dismissal. All pretrial and trial dates are hereby **VACATED** at that time.

**IT IS SO ORDERED.**

November 19, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**