**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIA GRANADOS,<br><br>        Plaintiff<br>   v.<br><br>CITY OF LOS ANGELES, L.A.P.D. OFFICER SLOAN, Badge No. 31080, in his official and individual capacity; OFFICER IZZO - Badge No. 40637, in his official and individual capacity; OFFICER QUILL - Badge No. 40183 in his Official and Individual capacity; , CHIEF CHARLES BECK, in his official and individual capacity; and DOES 1 through 20, Inclusive<br><br>        Defendants. | CASE NO. CV 13-01910-ODW (AGRx)<br><br>**ORDER RE: DISMISSAL** |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Plaintiff's complaint be dismissed with prejudice.

Dated: December 17, 2013

_____
HON. OTIS D. WRIGHT, II

1